PROB 12C
(7/93)

Report Date: September 27, 2011

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# United States District Court

### for the

SEP 27 2011

### Eastern District of Washington

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alfredo Rodriguez-Baez        Case Number: 2:11CR00010-001

Address of Offender: Okanogan County Jail

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 02/23/2011

Original Offense:  Alien in United States After Deportation, 8 U.S.C. § 1326(b)(1)

Original Sentence:  Prison - 5 months; TSR - 36        Type of Supervision: supervised release
months

Asst. U.S. Attorney:  Pamela J. Byerly         Date Supervision Commenced: 06/03/2011

Defense Attorney:  Jaime Hawk              Date Supervision Expires: 06/02/2014

---

## PETITIONING THE COURT

### To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: On August 25, 2011, an information was filed in Okanogan County Superior Court, charging the defendant with new law violations in the State of Washington. Mr. Rodriguez-Baez has been charged with first degree burglary, second degree assault (strangulation), and third degree malicious mischief. He currently remains in custody at the Okanogan County Jail on a $50,000 bond. The undersigned officer has requested a copy of the information and police incident report.

On September 20, 2011, the defendant was indicted in U.S. District Court for the Eastern District of Washington on charges of Alien in the United States After Deportation, in violation of 8 U.S.C. § 1326. The indictment is filed under cause number 2:11CR00146-WFN.

2      **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

Prob12C
**Re:  Rodriguez–Baez, Alfredo**
**September 27, 2011**
**Page 2**

**Supporting Evidence**: According to the above-referenced indictment filed on September 20, 2011, Mr. Rodriguez-Baez had been denied admission, excluded, deported and removed from the United States on or about June 8, 2011. On September 13, 2011, he was located in the United States at the Okanogan County Jail in the Eastern District of Washington, without the express consent of the Attorney General, or his successor, the Secretary of the Department of Homeland Security.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    09/27/2011

s/Matthew L. Thompson

Matthew L. Thompson
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

9/27/11

Date